UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHELLE NARANJO and MATHAN JAYME,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>BANK OF AMERICA NATIONAL ASSOCIATION and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 14-CV-02748-LHK<br><br>CASE MANAGEMENT ORDER |

Plaintiff's Attorney: William Marder
Defendant's Attorney: Michael D. Mandel

　　　A case management conference was held on November 5, 2014.

　　　Defendant shall file a motion regarding Plaintiffs' PAGA claim no later than November 19, 2014. Plaintiffs shall file their opposition no later than December 8, 2014. Defendant shall file their reply no later than December 19, 2014. Defendant's motion is set for hearing on February 26, 2015, at 1:30 p.m.

　　　A further case management conference is set for February 26, 2015, at 1:30 p.m., concurrently with the hearing on Defendant's motion regarding Plaintiffs' PAGA claims. Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement ("JCMS") by February 19, 2015.

　　　The Court will not bifurcate discovery.

　　　The parties are hereby referred to private mediation.

　　　The Court set the following case schedule:

LAST DAY TO AMEND PLEADINGS OR ADD PARTIES is January 1, 2015

DEADLINE TO COMPLETE SETTLEMENT NEGOTIATIONS is April 30, 2015

FACT DISCOVERY CUTOFF is September 18, 2015

EXPERT DISCOVERY:

    Opening Reports:    October 2, 2015
    Rebuttal Reports:    October 16, 2015
    Cutoff:    October 30, 2015

DISPOSITIVE MOTIONS shall be filed by October 22, 2015 and set for hearing no later than December 3, 2015, at 1:30 p.m.  Each side may file only one dispositive motion in the entire case.

PRETRIAL CONFERENCE is January 21, 2016, at 1:30 p.m.

JURY TRIAL: February 22, 2016, at 9:00 a.m. in Courtroom 8, 4th floor

ESTIMATED LENGTH OF TRIAL: 3 days

**IT IS SO ORDERED.**

Dated: November 6, 2014

_____
LUCY H. KOH
United States District Judge