UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MICHELLE NARANJO, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>BANK OF AMERICA NATIONAL ASSOCIATION,<br><br>  Defendant. | Case No.:14-CV-02748-LHK<br><br>**ORDER VACATING HEARINGS** |

Before the Court are two motions. The first is Defendant's motion to strike or to dismiss Plaintiffs' representative claim under California Labor Code § 2698 *et seq*., the Private Attorneys General Act of 2004. ECF No. 19. The second is Plaintiffs' motion for leave to file a first amended complaint. ECF No. 25. Pursuant to Civil Local Rule 7-1(b), the Court finds these matters appropriate for resolution without oral argument and hereby VACATES the hearing for these motions set for February 26, 2015, at 1:30 p.m. The case management conference, which is also currently set for February 26, 2015, at 1:30 p.m., remains as scheduled.

1

Case No.: 14-CV-02748-LHK
ORDER VACATING HEARINGS

**IT IS SO ORDERED.**

Dated: February 25, 2015

_____
LUCY H. KOH
United States District Judge

Case No.: 14-CV-02748-LHK
ORDER VACATING HEARINGS