United States District Court
Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| MICHELLE NARANJO, et al., <br><br>   Plaintiffs, <br><br>   v. <br><br> BANK OF AMERICA NATIONAL ASSOCIATION, <br><br>   Defendant. | Case No.: 14-CV-02748-LHK <br><br> **CASE MANAGEMENT ORDER** |

Plaintiffs' Attorney: Dennis Hyun
Defendant's Attorney: John Van Hook

A case management conference was held on February 26, 2015. A further case management conference is set for June 24, 2015, at 2:00 p.m. The parties shall file their joint case management statement by June 17, 2015.

The Court vacated the previous case schedule, and set the following revised case schedule:

DEADLINE TO COMPLETE MEDIATION: June 30, 2015

MOTION FOR CLASS CERTIFICATION shall be filed by July 16, 2015, and set for hearing no later than September 24, 2015, at 1:30 p.m. Defendant shall file an opposition to the motion for class certification no later than August 13, 2015. Plaintiffs shall file a reply no later than August 27, 2015.

FACT DISCOVERY CUTOFF: October 16, 2016

DISPOSITIVE MOTIONS shall be filed by November 12, 2016, and set for hearing no later than

1

1   January 21, 2016 at 1:30 p.m.  The parties are limited to one dispositive motion per side in the entire case.

2   FINAL PRETRIAL CONFERENCE: April 7, 2016, at 1:30 p.m.

3   JURY TRIAL: April 25, 2016, at 9:00 a.m. Trial is expected to last three days.

**IT IS SO ORDERED.**

Dated: February 27, 2015

_____
LUCY H. KOH
United States District Judge

Case No.: 14-CV-02748-LHK
CASE MANAGEMENT ORDER