UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHELLE NARANJO, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>BANK OF AMERICA NATIONAL ASSOCIATION,<br><br>        Defendant. | Case No. 14-CV-02748-LHK<br><br>**ORDER DENYING PARTIES' REQUEST TO MODIFY CASE SCHEDULE**<br><br>Re: Dkt. No. 55 |

Before the Court is a Notice of Settlement of Class Action filed by the parties. ECF No. 55 ("Notice"). In the Notice, the parties indicate that they have "reached a settlement of the class action," request that the hearing on Defendant's Motion to Dismiss and the Further Case Management Conference be vacated, "request that all current deadlines be vacated," and "request a deadline to file the Motion for Preliminary Approval by September 1, 2015" for hearing on September 24, 2015. *Id.*

The Court will not vacate or move any previously-set deadlines unless and until the parties file their Motion for Preliminary Approval of Class Action Settlement. Accordingly, all dates remain as previously set, and the parties' request to modify the case schedule is hereby DENIED.

1

Case No. 14-CV-02748-LHK
ORDER DENYING PARTIES' REQUEST TO MODIFY CASE SCHEDULE

**IT IS SO ORDERED.**

Dated: July 8, 2015

_____
LUCY H. KOH
United States District Judge