UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHELLE NARANJO, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>BANK OF AMERICA NATIONAL ASSOCIATION,<br><br>   Defendant. | Case No. 14-CV-02748-LHK<br><br>**ORDER REGARDING AMENDMENTS TO SETTLEMENT AND NOTICE** |

After reviewing the parties' submissions and considering the parties' arguments at the December 3, 2015 hearing on Plaintiffs' motion for preliminary approval of settlement, the Court proposes the following amendments to the parties' notice of class action settlement. ECF No. 65 at 29–34.

On page 2, the Court proposes that the parties eliminate reference to the $46,875 payment to the California Labor and Workforce Development Agency ("LWDA") with respect to deductions from the Gross Settlement Amount. As stated by the parties at the hearing, the LWDA payment shall be deducted from the Net Settlement Amount, not the Gross Settlement Amount. On pages 2 and 3, the Court suggests changes to the notice to explain that the payment to the

1  LWDA shall be deducted from the Net Settlement Amount.

2  On page 4, the Court finds the objection process to be overly burdensome, as class members would be required to file their objections with the Court and to mail their objections to two different law firms and to the Claims Administrator.  Accordingly, the Court proposes that class members may make their objections by mailing their objections to the Claims Administrator.

These amendments, along with a number of minor technical edits, have been incorporated into the attachments accompanying this Order.  *See* ECF No. 75-1 (redline copy of the Court's edits); ECF No. 75-2 (clean copy of the Court's edits).  The Court requests that the parties file a joint statement by December 7, 2015 indicating whether the parties agree with the proposed amendments.  If so, the parties shall file a stipulation amending their settlement and notice to conform with these amendments.

At the December 3, 2015 hearing on Plaintiffs' motion for preliminary approval of settlement, the parties did not know the exact number of class members.  The parties' joint statement, to be filed by December 7, 2015, shall identify the exact number of class members.

**IT IS SO ORDERED.**

Dated:  December 3, 2015

_____
LUCY H. KOH
United States District Judge