UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHELLE NARANJO, et al.,<br><br>      Plaintiffs,<br><br>      v.<br><br>BANK OF AMERICA NATIONAL ASSOCIATION,<br><br>      Defendant. | Case No. 14-CV-02748-LHK<br><br>**ORDER REGARDING CLASS COUNSEL BILLING RECORDS**<br><br>Re: Dkt. No. 79 |

In Plaintiffs' motion for approval of attorney's fees and costs, Class Counsel Larry Lee ("Lee") reports that his firm, the Diversity Law Group, P.C., has spent approximately 168.3 hours in litigating this action. ECF No. 79-1 ("Lee Decl.") at 4. Lee also states that both he and Nick Rosenthal ("Rosenthal"), an associate at the Diversity Law Group, P.C., have worked on this action. *Id.* Rosenthal has filed a supporting declaration. ECF No. 79-2 ("Rosenthal Decl.").

Neither Lee nor Rosenthal's declaration, however, specifies how many of these 168.3 hours Lee worked and how many hours Rosenthal worked. Moreover, although Lee's declaration states that Rosenthal's billing rate is $500.00 per hour, neither Lee nor Rosenthal have provided any documentation in support of this purported billing rate.

Accordingly, the Court hereby ORDERS Class Counsel to specify how many hours Lee

1

Case No. 14-CV-02748-LHK
ORDER REGARDING CLASS COUNSEL BILLING RECORDS

1  and Rosenthal have individually worked on this matter.  Class Counsel shall also file

2  documentation supporting Rosenthal's billing rate.  In particular, Class Counsel shall state

3  whether any federal or state court has previously awarded Rosenthal a billing rate of $500.00 per

4  hour.  Class Counsel shall file these documents by April 4, 2016.

5  **IT IS SO ORDERED.**

6  Dated:  March 28, 2016

_____
LUCY H. KOH
United States District Judge